I.

(In the District Court of the United States).

To the Article III Judges of the District Court of the United States for the Fourth Judicial District Minnesota.

20-cv-2100 DSD/KMM

| | |
|---|---|
| In re: Naa'El Saddiq Malik Bey a/k/a Reginald King-Bey<br>Real Party in Interest (jus personarum)<br><br>REGINALD MARLON KING, Private Business Trust<br>Complainant<br><br>v.s.<br><br>President, Donald James Trump of the United States FEDERAL CORPORATION.<br>UNITED STATES Secretary of Treasury; Steven Terner Mnuchin.<br>Governor of MINNESOTA; Timothy James Walz.<br>Commissioner of INTERNAL REVENUE SERVICES; Andrew Marshall Saul.<br>WINGS FINANCIAL CREDIT UNION/ President R. Frank Weidner.<br>UNITED STATES, Department of the State Micheal Richard Pompeo<br>DEFENDANT(s) | Cause:<br><br>**RECEIVED**<br>OCT 02 2020<br>CLERK, U.S. DISTRICT COURT<br>MINNEAPOLIS, MINNESOTA<br><br>Exclusive Equity<br><br>what ought be done.<br><br>**SCANNED**<br>OCT 02 2020<br>U.S. DISTRICT COURT MPLS |

To the Judges of Minnesota Court of Hennepin County, in Exclusive chancery sitt.

II.

## BILL OF EQUITY

(By a complainant under no disabilities)

1.) Comes now, Naa'El Saddiq Malik Bey, the Beneficiary of REGINALD MARLON KING; Private Business Trust in the State Minnesota, Hennepin county brings forth this bill of equity Complaint against:

2.)   a.) THE UNITED STATES PRESIDENT; Donald James Trump. 1600 Pennsylvania Avenue N.W. Washington; District Columbia 20500

b.) SECRETARY of the UNITED STATES TREASURY, Steven Terner Mnuchin; 1500 Pennsylvania Ave N.W. Washington; District. Columbia 20220.

c.) GOVERNOR of MINNESOTA; Timothy James Walz; 75 Rev Dr Martin Luther King Jr Boulevard #130, St. Paul, Minnesota 55155, Ramsey county.

d.) COMMISSIONER, SOCIAL SECURITY ADMINISTRATION; Andrew Marshall Saul; 6401 Security Boulevard. Baltimore, Maryland 21244, Baltimore City county

e.) R. Frank Weidner, PRESIDENT of WING FINANCIAL CREDIT UNION 14985 Glazier Ave, Apple Valley 55124, Dakota county.

f.) UNITED STATES DEPARTMENT OF STATE; Michael Richard Pompeo, 2201 C Street N.W. Washington, D.C. District of Columbia

III.

## Premises

### "Stare decisis "to stand by things decided."

3.) Avers as follows.

I, Naa' El Saddiq Malik Bey, a Beneficiary of the Private Business Trust; a Special matter, and over due exigent circumstances I AM; invoking a court of Inherent Exclusive Equity to protect the Interests of a Private trust that cannot be seen by this court at law.

" <u>Equity regards the beneficiary as the true owner</u> "

4.) I, the Moor/Man, once known as Reginald Marlon King, grantor/beneficiary of REGINALD MARLON KING ESTATE, once born in the State of Missouri; a location known as the city of St. Louis, for this cause, I, Reginald Marlon King-Bey; (American National from the Territory Missouri), b/k/a Naa'El Saddiq Malik Bey, Beneficiary is hereby vested allodial Title Holder of said resulting Trust by operation of law, The Status of one who attained the age of Majority…/not minor/minority, (with clean hands).

5.) <u>Being Aboriginal Indigenous Moorish American; National (WHITE/Majority) of the State Missouri.</u> "Nunc-pro-tunc- 23rd of March 1979, possessing Free-Hold by inheritance and primogeniture status", being a descendant of

6.) Al-Morocco/Al-Maghrib-Asha/Amen-Ra-Ka/America; the Ancient Mound building Ones; the land of Northwestern/North Gate and Southwestren/South Gate; Moorish Empire e.g. Ana'hiyahwa/Yasaamee/Washitwa/Yazoo/choc'twa - (jus sanguinis).

7.) The following shall be Nationals and Citizens of America Republic at <u>birth:</u>

   1.) A person <u>born</u> in the United States to a member of an Indian, Eskimo, Aleutian or <u>other Aboriginal tribe</u>. (said: Moorish-American/Yasaamee's etc... ). Provided, That the granting of citizenship (settlement certificate) shall not in any manner impair or otherwise affect the Rights of such person to Tribal or other property.

8.) <u>Said was never a negro, colored, black and/or african-american/UNITED STATES COPORATE CITIZEN</u>. Reginald Marlon King is Reginald King-Bey b/k/a Naa'El Saddiq Malik Bey, the Moor; a Man/Majority, Jus sanguinis/Jus soli. Said, STATUS thus was a misrepresentation of facts, *undue influence is an equitable doctrine that involves one person taking advantage of a position of power over another person. This inequity in power between the parties can vitiate one party's consent as they are unable to freely exercise their independent will.* Being label negro, balck, colored, african-american / UNITED STATES citizen. For this cause,

merging of the legal and equitable title

9.) Let it be known to all these presents come, my Allah as my witness, that; Reginald Marlon King-Bey, affirmed (See: STATEMENT OF INTEREST). To be known as the one and only Will and Testament, expressed accurately. Grantee true intentions from the Result of..., thereby revoking all prior Wills and Codicils. <u>As all property Rights and devices created by the existence from a conveyance and the Status of Major, resulting trust, are now merged and administered in the name REGINALD MARLON KING</u>; of the Special Estate, <u>all said property in decree</u>, must first be properly identified and brought under the administration of the General Executor and Guardian before any direction of disposal to beneficiaries or other distributions may commence. This shall insure proper and Lawful administration of the Estate, the satisfaction of all debts and

obligations and the disposal of all gifts, grants, and bequests, as well as a legacy for EUGENE HAYMER KING, EMMA BELL KING, LOUISE ELIZABITH BLACKWOOD, GEORGE FOSTER TREE etc.

10.)  **ELEMENT OF A TRUST (s)**

<u>thus extinguish the Trust(s) and all creatures arising therefrom.</u>

    a. The Emergency Banking Relief Act of March 9th, 1933

    b. The Social Security Act of 1934, the Trust Indenture Act

    c. The Social Security Trust

    d. The Treasury Trust

    e. The Public Trust and the Administration thereof,

    f. confederated, with diverse others persons, unknown, and "<u>leave to join such other persons when discovered</u>".

thus extinguishing the Trust(s) and all creatures arising therefrom.

IV.

## JURISDICTION AND VENUE

11.) I, Naa'El Saddiq Malik Bey; further avers that the said rights of the Beneficiary are remedies, according to the strict Nature of exclusive equity, and can only have relief in a court of Exclusive Equity, where matters of this nature are properly cognizable and relievable,

12.) <u>in-camera/chambers,</u> and may enforce the Bill of Rights put forth in this bill as expressed in the constitution. - as the orator is without remedy because of undue required positive exhaustion, (*undue influence* ); so the court of Exclusive Equity is for achieving Natural justice. "<u>ubi jus ibi remedium</u>"("<u>where there is a right, there is a remedy</u>").

**Just Law**: Protects fundamental Rights, including the <u>security of persons</u> and contracts, property, and **Human Rights**.

## BILL OF RIGHTS

13.) The right of the people to be secure in their persons, houses, paper, and effects against unreasonable searches and seizures: no person shall be deprived of life, liberty,

property, or taken and/or pledge of private property for public use without <u>just compensation</u>, or due process of the law... etc.

" <u>when there is a conflict between the rule of law and the rules of equity, the rules of equity shall prevail</u> ".

14.) Therefore, I, Naa"El Saddiq Malik Bey living breathing Man, a Moor, National (State Missouri) Beneficiary of said ESTATE, have a conflict with the rules of law, which establishing the instant matter, and thus attempt(s) to deprive the the beneficiary the right(s) to the absolute enjoyment of Life, Liberty, Property and the pursuit of happiness etc... Thus in the Course of human events, it becomes necessary for one People to dissolve the political bands which have connected them to another. <u>All men are created Equal, but when any form of government becomes destructive of these ends it is the Right of the People to alter or to abolish it and to institute new.</u>

V.

## Special Interrogation

" <u>Equity will not suffer a wrong to be without remedy.</u>"

15.) Naa'EL Saddiq Malik Bey, prays that the defendant(s) hereinafter named may make full, true, direct and perfect answers(not under oath, answer under oath being hereby waived) to all the matters herein stated, as fully and particularly as if the same were hereinafter repeated, and they thereunto distinctly interrogated; and that not only as to the best of their respective knowledge and remembrance, but also according to the best of their respective information and belief; ( Special interrogatories ) and more especially, that they may answer and set forth. <u>That I Am; in fact a negro, black, african-american/UNITED STATES citizen</u>.

16.) **yet Equity imputes an intent to fulfill an obligation**, The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United

States, stamps and other representatives of value, of whatever denomination, issued under Act of Congress.

17.) Whereas to the best of my knowledge; In the name of My **Allah**(One God) the Grantor of All Free Will, All Existence, **All Law**, Life and All property and Rights. I, Naa'El Saddiq Malik Bey, **the Vicegerent**, Man, **Moor**, said; National, Beneficiary, legal and Equitable; Majority, Holder of Estate, REGINALD MARLON KING et.al. comes with clean hands.

18.) Once known as Reginald Marlon King, born in the State Missouri and issued a settlement certificate and other instruments that misrepresented the fact(s) that caused undue influence; duress etc, to the basic Liberties bestowed upon being; a Citizen/National of America. I, Naa'El Saddiq Malik Bey Being known, exhausted all statutes, codes, and other legal remedies to seek what was just due to all True American Citizens, but continues to be denied Rights that other UNITED STATES citizens enjoy without the same scrutiny, so it is inherent that Exclusive Equity is the jurisdiction and venue for my relief for the resulting Private Business Trust ESTATE. My Private property and wealth was put at risk as collateral for the current, without just compensation.

"Equity delights to do Justice and not by halves".

VI.

## Prayer for Relief

### Stare decisis "to stand by things decided."

19.) That upon the final hearing of this cause it be ordered and decreed, among other things that a full accounting and extinguishment of recorders, bookings, accounts, gifts, legacy etc. and the abatement of cases and multiple other imperfect agreements made as a minor/minority.The return of Private property of said and Complainant also prays for such other and further relief as may be just and Equitable.

Complaint avers that he is not nor never was a negro, colored, black, African-American/minority

US citizen et. al.

6 of 8
26-2446235rmk-00-003

" <u>everyone has the right to a Nationality. No one shall be arbitrarily deprived of his Nationality nor the Right to change</u>…"

20.) constitutionally and in the laws of Equity, the United States could <u>not</u> borrow or pledge the property and wealth of its Private Citizens, <u>put at risk as collateral for its currency and credit without providing equitable remedy for recovery of what's just due them</u>.

21.) **Rescission** is an equitable remedy which allows a contractual party to cancel the contract. Parties may rescind if they are the victims of a vitiating factor, such as <u>misrepresentation, mistake, duress, or undue influence</u>.

22.) The Complainant <u>avers the writ of subrogation is a creature of equity: is enforced solely for the purpose of accomplishing the ends of substantial justice</u>; so it's only over due that once the minority become Majority Holder thus " **Equity aids the vigilant, not those who slumber on their Rights**."

## FULL ACCOUNTING AND EXTINGUISHMENT.

23.) Ensure proper and lawful administration of the Estate, the satisfaction of all debts and obligations and the disposal of all gifts, grants, and bequests. **It is the duty to safeguard the property interest with great care** *i.e.* ***In trust.***

24.) <u>Upon the proper completion of tracing, records, booking, accounting, etc. of the entire Estate</u>, it is the first intent to ensure the continued care and well being of offspring, kin, and hiers.

25.) Administration of the estate shall occur first in the administrative manner set-forth by the following twenty (20) Canons of law, numbered seven(7) through forty-seven(47) of which, I annex hereto in full. With a legacy. ( see: STATEMENT OF INTEREST)

### "**Equity abhors a forfeiture**".

26.) WINGS FINANCIAL CREDIT UNION; return Private vessel, Infiniti g37x vin number JN1CV6AR1AM250391 model year 2010.

27.) Passport Agency Minneapolis, Minnesota branch; return all documents and instruments for application number 541366726.

ANNIHILATE and ABATE

Case number 27-VB-13-8603; county HENNEPIN, Minnesota

Case number 27-CR-11-10141; county HENNEPIN, Minnesota

Case number 27-CR-12-1633; county HENNEPIN, Minnesota

Case Number 27-CR-208542; county HENNEPIN, Minnesota

28.)   Case Number 001439446001; County HENNEPIN, Minnesota

Case Number 001473797201: County ST. LOUIS, Minnesota

with diverse others persons, unknown, and "leave to join such other persons when discovered".

By; _____
Naa'El Saddiq Malik Bey

date: Oct 7th 20 20.

(In the District Court of the United States).
To the Judges of the District Court of the United States for the District Minnesota.

In re: Naa'El Saddiq Malik Bey a/k/a Reginald King-Bey
Real Party in Interest (jus personarum)

REGINALD MARLON KING, Private Business Trust
Complainants

V.s.

THE united states FEDERAL CORPORATION President Donald James Trump
Secretary of Treasury Steven Terner Mnuchin
Governor of MINNESOTA Timothy James Walz
Commissioner Andrew Marshall Saul
WINGS FINANCIAL CREDIT UNION/ President R. Frank Weidner
United States Department of the state Micheal Richard Pompeo

DEFENDANT(s)

Cause;

RECEIVED
OCT 02 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

WRIT OF SUBROGATION:

<u>Aries by operation of law out of impartiality</u>

To the Judges of Minnesota Court of Hennepin County, in exclusive Chancery sitt.

## Writ of Subrogation

The right of subrogation is not founded on contract. It is a creature of equity; is enforced solely for the purpose of accomplishing the ends of substantial justice; and is independent of any contractual relations between the parties.

I, Naa'El Saddiq Malik Bey, Beneficiary of ESTATE, REGINALD MARLON KING; prays to obtain reimbursement for this cause: <u>the obligations or other security of the UNITED STATES include all bonds, certificates of indebtedness, United States notes, Treasury notes, certificates of deposit, bills…etc,</u> drawn by or upon authorized officers of the United States. The United States et.al. Treasury is the insurer for all obligations of the UNITED STATES; FEDERAL CORPORATION. et.al.

writ of subrogation

SCANNED
OCT 02 2020
U.S. DISTRICT COURT MPLS

1 of 4

This writ arises from the resulting Trus;t the merging of legal and Equitable title, where a Right is just and over due. The purpose and intent is to maintain and improve the ESTATE, so the holder may possess the things of Life sufficient to provide for health, growth, protection, education...etc. As so being "<u>regarded as done, what ought to be done</u>".

<u>'A surety who has paid a debt is by subrogation, entitled to any security for the debt held by the creditor and the benefit of any judgement the creditor has against the debtor</u>'.

Naa'El Saddiq Malik Bey's prays for rescission reimbursement and how ever the instrument direct(s), (see:<u>statement of interes</u>t); in transaction(s) in which security interest is or will be retained or acquired in consumer's principal dwelling, each consumer whose ownership interest shall have the right to rescind the transaction(s).

..."sureties compelled to pay debts for their principal have been deemed entitled to reimbursement, even without a contractual promise ..."

The right of a surety(REGINALD MARLON KING) to recover on his risk or loss when standing for the debts of another(UNITED STATES). Everyone who incurs a liability <u>in person or estate</u> for the benefit of another, <u>without consideration</u>, stands in the position of a "surety".

Know with the merging of legal and Equitable title brings forth this writ of subrogation, constitutionally and in the laws of Equity, the UNITED STATES could not borrow or pledge the property (Estate) and wealth of its Private Citizens, put at risk as collateral for <u>its currency and credit</u> without providing them Equitable remedy for recovery of<u> whats do them</u>. The provisions for this and others are found in the House Joint Resolution -192, that suspended the gold standard for consideration, abrogated the right to demand payment in gold, and made FEDERAL CORPORATION Reserve notes; etc, for the first time legal tender(<u>obligations of the United States</u>). **"<u>Backed by the substance or credit of the nation</u>"**.

" **<u>Equity will not suffer a wrong to be without a remedy</u>**. "

U.S. Government Obligations means securities which are, direct obligations of The United States of America for the payment of which its full faith and credit is pledged or obligations of a person controlled or supervised by and acting as an agency or instrumentality of The United States of America the payment of which is unconditionally guaranteed as a full faith and credit obligation by The United States of America

writ of subrogation

Whereas,

<u>Private property can not be taken or pledged for public use without just compensation, or due process of law</u>.

" Stare decisis: " <u>to stand by that which is decided</u> "

Oct 7th 2020

By: _____
Naa'El Saddiq Malik Bey

Naa'El Saddiq Malik Bey
P.O Box 11654
Minneapolis, MN 55411

writ of subrogation