UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-2100 (DSD/KMM)

Naa'El Saddiq Malik Bey, a/k/a
Reginald King-Bey, Real Party
in interest; and Reginald
Marlon King, Private Business
Trust Complainant,

        Plaintiff,

v.                                              **ORDER**

Donald James Trump, President
of the United States Federal
Corporation; Steven Terner
Mnuchin, United States
Secretary of Treasury;
Timothy James Walz, Governor
of Minnesota; Andrew Marshall
Saul, Commissioner of
Internal Revenue Services; R.
Frank Weidner, President,
Wings Financial Credit Union;
and Michael Richard Pompeo,
United States, Department of
State,

        Defendants.

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated October 22, 2020 (R&R). No objections have been filed to that R&R in the time period permitted.[1] Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

---

[1] Naa'El Saddiq Malik Bey filed a letter with the court that apparently included a postal money order for $1.00. This

1. The R&R [ECF No. 3] is adopted in its entirety;

2. This matter is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. The application to proceed in forma pauperis of plaintiff Naa'El Saddiq Malik Bey [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  November 12, 2020         /s David S. Doty
                                 David S. Doty, Judge
                                 United States District Court

---

submission does not constitute an objection to the R&R, nor is it sufficient to undermine the reasoning in the R&R.